PS 8
(3/15)
Case 4:24-cr-06017-MKD   ECF No. 50   filed 12/17/24   PageID.175   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 17, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Leal, Antonia R     Docket No.     0980 4:24CR06017-MKD-1

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jose Valencia, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Antonia R Leal, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom sitting in the court at Richland, Washington, on the 23rd day of August 2024, under the following conditions:

**Special Condition #6:** Defendant shall abstain totally from the use of alcohol.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 26, 2024, the conditions of pretrial supervision were reviewed with and signed by Ms. Leal, acknowledging an understanding of her conditions.

**Violation #1:** Ms. Leal is alleged to be in violation of her pretrial release conditions by consuming alcohol on or about October 31, 2024.

On November 14, 2024, Ms. Leal contacted the undersigned officer. She admitted to consuming alcohol on October 31, 2024.

Later that date, the undersigned officer spoke with a staff member from Serenity Point Counseling and was informed the urine sample collected from Ms. Leal on November 1, 2024, was sent to the national laboratory for alcohol testing. The undersigned officer was further advised the urine sample was confirmed positive for alcohol on November 13, 2024.

    PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |  |
|---|---|---|
|  |  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  |  | Executed on:     December 16, 2024 |
|  | by | s/Jose Valencia |
|  |  | Jose Valencia<br>U.S. Pretrial Services Officer |

PS-8

Re: Leal,, Antonia R
December 16, 2024
Page 2

THE COURT ORDERS

[✕]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Alexander C. Ekstrom* (signature)

Signature of Judicial Officer

12/17/2024

Date