1  Zachary L. Ayers
2  Ayers Law Firm, P.L.L.C.
   1312 North Monroe Street, Suite 133
3  Spokane, Washington 99201
4  Telephone: (509) 252-6005

5
                    United States District Court
6                   Eastern District of Washington
7                  (Honorable Judge Mary K. Dimke)

8  | United States of America, | No. 4:24-CR-06017-MKD-1 |
9  | Plaintiff, | Unopposed Motion to Continue Pre-Trial and Trial Dates |
10 | v. | |
11 | Antonia R. Leal, | **Notice of Hearing on Motion** January 23, 2025, at 1:30 p.m. Richland |
12 | Defendant(s). | |
13

14  Antonia Leal, through counsel, Zachary L. Ayers of Ayers Law Firm, P.L.L.C.,
15
16  moves the Court to continue the pre-trial and trial dates, all of which will be
17
    compatible with the Court's calendar.
18
    Initial discovery has been produced and additional discovery is anticipated to be
19
20  produced on a rolling basis. Counsel for the defendant requires more time to consult
21
    with Ms. Leal and investigate the case and prepare for pretrial motions and trial.
22
    Continuing the trial to May 28, 2025, and Pre-trial to May 8, 2025, at 1:30pm will
23
24  permit Counsel for Ms. Leal enough time to prepare an adequate defense for trial and
25
    complete further investigation of the discovery and consultation with him. Ms. Leal is
26  anticipated to execute a speedy trial waiver.
27
28
    Unopposed Motion to Continue Pre-Trial and Trial Dates        1

Counsel has conferred with the AUSA Rebecca Perez, who does not object to this request. Counsel has conferred with Mr. Meza's attorney, Richard Smith, who does not object to this request. Ms. Leal understands this request for a continuance is necessary for an adequate defense at trial and agrees that it is needed for defense counsel to effectively represent her.

The additional time requested in this continuance is excludable from the speedy trial calculation. Counsel for the defendants cannot effectively represent their clients without a continuance. See, 18 U.S.C. § 3161(h)(7)(B)(iv). The public and defendant's interest in a speedy trial is outweighed by Counsel's need for a continuance. 18 U.S.C. § 3161(h)(7)(A). Therefore, it is requested that the Court grant a continuance and set new deadlines for the filing of pretrial motions and trial memoranda.

**Proposed Case Management Deadlines:**

| | |
|---|---|
| **USA and Defense Expert Disclosure Deadline** | April 3, 2024 |
| **All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed** | **Motion deadline: April 17, 2025** **Response deadline: April 24, 2025** **Reply deadline: May 1, 2025** |
| **PRETRIAL CONFERENCE** *Deadline for motion to continue trial* | **May 8, 2025** **1:30p.m.-RICHLAND** |
| CIs' identities and willingness to be interviewed disclosed to Defendant (if applicable) | **May 9, 2025** |
| Grand jury transcripts produced to Defendant    Case Agent:    CIs:    Other Witnesses: | **May 9, 2025** |
| Exhibit lists filed and emailed to the Court | **May 14, 2025** |
| Witness lists filed and emailed to the Court | **May 14, 2025** |
| Trial Briefs, jury instructions, verdict forms, | **May 14, 2025** |

Unopposed Motion to Continue Pre-Trial and Trial Dates    2

| | | |
|---|---|---|
| and requested *voir* dire filed and emailed to the Court | | |
| Exhibit binders delivered to all parties and to the Court | **May 21, 2025** | |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy Trial notices filed with the Court Technology readiness meeting (in-person) | **May 21, 2025** | |
| **FINAL PRETRIAL CONFERENCE** | **May 28, 2025 8:30am-RICHLAND** | |
| **JURY TRIAL** | **May 28, 2025 9:00am-RICHLAND** | |

DATED this 6th day of January 2025.

Respectfully Submitted,

*s/Zachary L. Ayers*
Zachary L. Ayers, WSBA#46496
Attorney for Ms. Leal.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509)252-6005
Email: zach@ayerslawfirm.net

Unopposed Motion to Continue Pre-Trial and Trial Dates        3

**Service Certificate**

I hereby certify that on January 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Rebecca Perez and Brandon Pang, Assistant United States Attorney.

s/Zachary L. Ayers
Zachary L. Ayers, WSBA#46496
Attorney for Ms. Leal.
Ayers Law Firm, P.L.L.C.
1312 N. Monroe St., Ste. 133
Spokane, WA 99201
Telephone: (509)252-6005
Email: zach@ayerslawfirm.net
